UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SKYBRIDGE SPECTRUM FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 10-1496(CKK) |
| | ) | |
| FEDERAL COMMUNICATIONS | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### VOLUNTARY STIPULATION OF SETTLEMENT AND DISMISSAL

In this case brought under the Freedom of Information Act, 5 U.S.C. § 552, it is hereby stipulated and agreed between plaintiff Skybridge Spectrum Foundation [Plaintiff] and defendant Federal Communications Commission [Defendant], collectively referred to hereinafter as "the Parties", by and through their respective attorneys, as follows:

1. The parties agree to settle and compromise this action under the terms and conditions set forth herein.

2. In consideration of Plaintiff's agreement that this action shall be dismissed with prejudice, Defendant agrees to pay Plaintiff the total sum of $19,500.00 in full satisfaction of any and all claims by plaintiff for attorneys' fees and costs in connection with this case.

3. By this Stipulation, Plaintiff waives, releases, discharges, and abandons any and all claims, whether asserted or un-asserted, against Defendant in connection with its FOIA

requests at issue in this case, including, without limitation, all claims for fees and costs.

4.   The undersigned counsel represent that they are authorized to make this agreement on behalf of their clients.

5.   This Stipulation of Settlement, when executed by both Plaintiff's counsel and counsel for the Defendant, and filed with the Court, shall constitute a dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

6.   This Stipulation shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

7.   The Parties agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

8.   The Parties understand that this Stipulation contains the entire agreement between Plaintiff and Defendant; that no promise or inducement has been made except as set forth herein; and that no representations, oral or otherwise, between Plaintiff and Defendant, or their respective counsel, not included herein shall be of any force and effect.

10.   This Stipulation of Settlement may not be amended, modified, waived, or supplemented except by written instrument

executed by duly authorized representatives of both parties.

Executed this 29th day of April, 2012.


Respectfully submitted,


CHRISTOPHER A. CANTER
ALLISON D. RULE
D.C. BAR # 479195
COMMON LAW GROUP
Suite 401
1420 Spring Hill Road
McLean, VA 22102
(703) 483-1140

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Assistant U.S. Attorney


MARINA UTGOFF BRASWELL
D.C. BAR #416587
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226


Counsel for Plaintiff          Counsel for Defendant